# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

RUTH LAFERRIERE,

                  **Plaintiff,**

              **v.**                                          Civil No. 07-364-AA

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                  **Defendant.**

## JUDGMENT

This case is reversed and remanded for payment of benefits. This action is dismissed.

Dated: June 5, 2008.

                                    **/s/ ANN AIKEN**
                               **United States District Judge**

**JUDGMENT**                                          **DOCUMENT NO:** _____